**Auto Exchange, Inc., an Illinois Corporation, Plaintiff-Appellant, v. Morris Litberg, Defendant-Appellee.**

**Gen. No. 48,443.**

First District, Second Division.
January 30, 1962.

Goldberg & Levin, of Chicago (Mayer Goldberg and Burton Berger, of counsel), for appellant; no briefs filed and no appearance made on behalf of appellee. Opinion by MR. JUSTICE BRYANT. Not to be published in full.